UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **BAHA ASGARI,** | ) | Case No. CV 09-1830-JSL(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **VINCE CULLEN, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _Nov. 29, 2010_

_____
J. Spencer Letts
Senior United States District Judge